SOLITARIA, ADMR., ET AL., APPELLEES, *v.* STALLARD ET AL.; CITY OF PARMA, APPELLANT.

[Cite as Solitaria *v.* Stallard (1990), 51 Ohio St. 3d 130.]

(No. 89-277—Submitted February 20, 1990 and April 3, 1990—Decided May 30, 1990.)

*J. Norman Stark Co., L.P.A.,* and *J. Norman Stark,* for appellees.

*Quandt, Giffels, Buck & Rodgers Co., L.P.A., Robert G. Quandt* and *James E. Powell,* for appellant.

The cause in case No. 89-277 came before this court upon the certification of the court of appeals that its judgment on the issue of comparative negligence conflicted with the judgment of the Court of Appeals for Erie County in *Carney* v. *McAfee* (Dec. 31, 1986), Erie App. No. E-85-58, unreported, reversed on other grounds (1988), 35 Ohio St. 3d 52, 517 N.E. 2d 1374; the judgment of the Court of Appeals for Trumbull County in *Onderko*

v. *Richmond Mfg. Co.* (July 28, 1986), Trumbull App. No. 3472, unreported (companion case [Trumbull App. No. 3474] reversed on other grounds [1987], 31 Ohio St. 3d 296, 31 OBR 576, 511 N.E. 2d 388); and the judgment of the Court of Appeals for Butler County in *Bowling* v. *Jake Sweeney Chevrolet, Inc.* (Mar. 31, 1986), Butler App. No. CA84-05-054, unreported, reversed on other grounds *sub nom. Bowling* v. *Heil Co.* (1987), 31 Ohio St. 3d 277, 31 OBR 559, 511 N.E. 2d 373.

The court of appeals also certified the cause on the basis that its judgment on the issue of Civ. R. 54(C) conflicted with the judgments of the Court

of Appeals for Montgomery County in *Ulrich* v. *Pumroy* (July 25, 1988), Montgomery App. No. CA 10694, unreported, and *Weaver* v. *Weaver* (Apr. 10, 1985), Montgomery App. No. CA 8975, unreported; and the judgment of the Court of Appeals for Summit County in *Douthitt* v. *Garrison* (1981), 3 Ohio App. 3d 254, 3 OBR 286, 444 N.E. 2d 1068.

After oral argument this court in 49 Ohio St. 3d 710, 551 N.E. 2d 1303, ordered that additional briefs be filed on specific issues.

Upon consideration of this cause, this court orders, *sua sponte*, that the appeal be dismissed as having been improperly certified because we see no conflict. *State* v. *Parobek* (1990), 49 Ohio St. 3d 61, 550 N.E. 2d 476, and cases cited therein.

SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

MOYER, C.J., and H. BROWN, J., dissent.

HOLMES, J., not participating.

MOYER, C.J., dissenting. The court should affirm the judgment of the court of appeals with an opinion.

H. BROWN, J., concurs in the foregoing dissenting opinion.